# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FREEDOM RINGS, LLC | ) | Case No. 05-14268 (PJW) |
| | ) | |
| Debtor | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Gary D. Bressler, Esquire of Adelman Lavine Gold and Levin, a Professional Corporation to represent the Unsecured Creditors Committee in this matter.

Adelman Lavine Gold and Levin,
A Professional Corporation

_____
Bradford J. Sandler, Esquire (No. 4142)
919 North Market Street, Ste. 710
Wilmington, DE 19801
302-654-8200
Proposed Counsel to the Unsecured Creditors Committee

Dated: November ____, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____     _____
                                   Peter J. Walsh
                                   United States Bankruptcy Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

_____
Gary D. Bressler, Esquire
Adelman Lavine Gold and Levin,
A Professional Corporation
Four Penn Center Plaza, Suite 900
Philadelphia, PA 19103
215-568-7515

Dated: 11/8/05